UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MEDLINE INDUSTRIES, LP** | § § § | |
| Plaintiff | § | CASE NO. 1: 25-7163 |
| v. | § § | |
| **VISTA COMMUNITY MEDICAL CENTER LLP** d/b/a Surgery Specialty Hospitals of America | § § § § | Removed from Cook County, IL No. 25L-004873 |
| Defendant | § § § | |

### NOTICE OF REMOVAL

The Defendant, **Vista Community Medical Center LLP** d/b/a Surgery Specialty Hospitals of America file this Notice of Removal pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1332 and 28 U.S.C. § 1446 and would respectfully show as follows:

#### PARTIES

1. The Plaintiff is Medline Industries, LP. The Defendant is Vista Community Medical Center LLP, which does business as Surgery Specialty Hospitals of America.

#### REMOVED LAWSUIT

2. The Defendant removes the lawsuit styled *Medline Industries, LP v. Vista Community Medical Center L.L.P. d/b/a Surgery Specialty Hospitals of America*, No. 2025L-004873 in the Circuit Court of Cook County, Illinois, County Department, Law Division.

3. The suit alleges breach of contract for alleged failure of Defendant to pay

invoices for the delivery of goods in Houston, Texas.

## JURISDICTION AND VENUE

4. The Defendant received notice of the lawsuit at the time its registered agent was served with process on May 27, 2025. Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b)(1).

5. Removal is proper because there is complete diversity between the parties. 28 U.S.C. § 1332(a). Defendant Vista is a Texas limited liability partnership with its principal and only place of business in Texas. It has two partners, both of which are Texas entities and have their only places of business in Texas.

6. Plaintiff, Medline Industries, LP is an Illinois limited partnership which is 100% owned by Mozart Holdings, LP, a Delaware limited partnership. Extensive searches of the Texas Secretary of State corporate records, Illinois Secretary of State corporate records, Delaware Secretary of State corporate records, Plaintiff's Rule 7.1 Corporate Disclosure Statements filed in other litigation, and Lexis-Nexis database reveal no general or limited partners of plaintiff which are incorporated or domiciled in Texas.

7. As expressly stated in Plaintiff's Complaint for breach of contract, the amount in controversy exceeds $75,000, excluding interests and costs. (Exhibit A).

8. Plaintiff has only sued the removing defendant in this case, therefore there is no other defendant to consent to removal of this case to federal court.

9. Copies of all pleadings, process, orders and other filings in the state-court suit and served upon the Defendant are attached as exhibit A to this notice as required by 28 U.S.C. § 1441(a).

10. Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. § 1441(a) because the state court where suit was filed in located in this district.

Nevertheless, Defendant asserts that for the convenience of parties and witnesses, in the interest of justice, venue should be transferred to the United States District Court for the Southern District of Texas.

### JURY DEMAND

11. Plaintiff did not demand a jury in the state-court suit. Defendant requests a jury trial in this case.

### NOTICE TO STATE COURT

12. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit was originally filed.

### CONCLUSION

13. Because this court has original diversity jurisdiction over this case, and because Defendant has timely filed this Notice of Removal, Defendant asks the Court to remove this suit and place it on the docket of the United States District Court for the Northern District of Illinois.

Dated June 26, 2025

Respectfully submitted,

*[signature]*

W. Shawn Staples ▪ TBN 00788457
wsstaples@stanleylaw.com
Stanley Law, P.C.
815 Saint Charles St., Suite 200
Houston, Texas 77003
Tel: 713-980-4381
Attorney for Defendant, Vista Community Medical Center

## **CERTIFICATE OF SERVICE**

      Pursuant to L.R. 5 I hereby certify that on June 26, 2025 a true and correct copy of this document was filed with the Court and served via email to the counsel identified below. The notice of electronic filing generated by the ECF system constitutes service of the document on counsel who are registered users of the system.

Patricia A. Lepak
The CKB Firm
30 North LaSalle St., Suite 1520
Chicago IL 60602
legal@ckbfirm.com

                                               */s/ W. Shawn Staples*
                                                  W. Shawn Staples