

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**　　　　　　　　　　　　　　　　　　　　　　　312-435-5670
Clerk

12/19/25

Mariyana T. Spyropoulos, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:　Medline Industries, LP v. Vista Community Medical Center LLP
USDC Case Number: 25-cv-07163
Circuit Court Case Number: 25L-004873

Dear Clerk:

A certified copy of an order entered on 10/06/2025 by the Honorable LaShonda A. Hunt, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

　　　　　　　　　　　　　　　　　　　　　Sincerely yours,
　　　　　　　　　　　　　　　　　　　　　Thomas G. Bruton, Clerk

　　　　　　　　　　　　　　　　　By: /s/ A. Ellis
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosure(s)

Rev. 10/05/2016